UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

March 13, 2026

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

  v.

ALEXIS RODRIGUEZ,

      Defendant.

Case No.  2:23-cr-00271-DC-7

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  ALEXIS RODRIGUEZ,

Case No.  2:23-cr-00271-DC-7 , Charge 18 U.S.C. § 1962, from custody for the

following reasons:

|   |   |   |
|---|---|---|
| | Release on Personal Recognizance | |
| | Bail Posted in the Sum of $ | |
| x | Unsecured Appearance Bond $ | 10.000.00 cosigned by Victor Herrera Laguna and Maria Herrera Laguna |
| x | Secured Appearance Bond $ | Equity in Victor Herrera Laguna's residential property located at 1502 155th Street E, Tacoma, WA |
| | Appearance Bond with 10% Deposit | |
| | Appearance Bond with Surety | |
| | Corporate Surety Bail Bond | |
| x | (Other): Release delayed until 4/1/2026 at 9:00 AM from Nevada County Jail with terms as stated on the record. Following release, defendant must directly report to the Pretrial Services Office on 501 I Street, 2nd Floor, Suite 2-400, Sacramento, CA 95814. | |

Issued at Sacramento, California on March 13, 2026, at 2:58 PM.

By: _____

Magistrate Judge Sean C. Riordan