Dina L. Santos, SBN 204200
A Professional Law Corp.
428 J Street, Suite 359
Sacramento, CA 95814
Telephone:  (916) 447-0160
Facsimile:   (916) 447-2988


Attorneys for:
ALEXIS RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                        Plaintiff,

            v.

ALEXIS RODRIGUEZ,
                        Defendant.

CASE NO.  CRS   23 CR 00271 DC-7

REQUEST FOR ORDER AND PROPOSED
ORDER EXONERATING BOND

        On March 13, 2026, Mr. Rodriguez was ordered released on a $10,000 unsecured appearance bond, co-signed by Victor Herrera Laguna and Maria Herrera Laguna.  A secured bond was also posted for the equity in Victor Herrera Laguna and Maria Herrera Laguna's property located at 1502 155th Street E, Tacoma, Washington, 98445, totaling $21,000.

        Mr. Rodriguez (defendant) is currently in custody and therefore the bond is no longer necessary.  It is hereby requested that the bond referenced above be exonerated and that the Clerk of the District Court be directed to re-convey back to the sureties, the Deeds of Trust and Promissory Notes, along with the cash deposit.

Exonerate Bond                                              1

Dated:  April 8, 2026

/s/  Dina L. Santos
DINA SANTOS, ESQ.
Attorney for Alexis Rodriguez

**ORDER**

IT IS SO ORDERED, that the bond in the amount of $21,000, posted and secured by the deed of trust and promissory note from the properties located at 1502 155th Street E, Tacoma, Washington, 98445, along with the $10,000 unsecured bond, are hereby exonerated, and that the Clerk of the District Court is directed as soon as practicable, to re-convey back the Trustor, the Deed of Trust and Promissory Note.

Dated:  April 8, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

Exonerate Bond

2